20360

The STATE Respondent, v. Frank MIDDLETON, Appellant.

(232 S. E. (2d) 342)

*Messrs. Coming B. Gibbs, Jr. and Mark C. Tanenbaum,* of Charleston, *for Appellant.*

*Messrs. Daniel R. McLeod, Atty. Gen., and Joseph R. Barker,* of Columbia, *and Robert B. Wallace, Sol., and A. Arthur Rosenblum, Asst. Sol.,* of Charleston, *for Respondent.*

February 9, 1977.

*Per Curiam:*

On October 4, 1976, the Supreme Court of the United States entered an order granting the appellant's petition for a writ of certiorari and vacated the judgment of this Court affirming the appellant's conviction. See *State v. Middleton,* 266 S. C. 251, 222 S. E. (2d) 763 (1976). The Supreme Court of the United States remanded for further consideration in light of *Doyle and Wood v. Ohio,* 426 U. S. 610, 96 S. Ct. 2240, 49 L. Ed. (2d) 91 (1976).

We conclude that *Doyle and Wood v. Ohio, supra,* is inapposite to the instant case. Therefore, we reaffirm the conviction and sentence of Middleton.

Reaffirmed.